IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02715-REB-MJW

LANCE R. CASSINO,

Plaintiff,

v.

JP MORGAN CHASE BANK, NATIONAL ASSOCIATION,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and
MARGARET T. CHAPMAN, as Public Trustee of Jefferson County, Colorado,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant JPMorgan Chase Bank, National Association's Motion to Set Deadline to Respond to Plaintiff's Complaint (Docket No. 14) is GRANTED.  Defendant JPMorgan Chase Bank, National Association shall have up to and including December 10, 2013 to answer or otherwise respond to plaintiff's complaint.

Date: November 18, 2013