# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  13-cv-02715-REB-MJW | FTR - Courtroom A-502 |
| **Date:**   December 02, 2013 | Courtroom Deputy, Ellen E. Miller |
| _Parties_ | _Counsel_ |
| LANCE R.  CASSINO, | Pro Se |
| Plaintiff(s), | |
| v. | |
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.  and MARGARET T. CHAPMAN, | Jeremy D. Peck Patricia W. Gilbert |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:    **STATUS  CONFERENCE**
Court in Session:        10:32 a.m.
Court calls case. Appearances of _Pro Se_ plaintiff and defense counsel.

It is noted a Clerk's Entry of Default as to JP Morgan Chase Bank, National Association, was entered November 27, 2013 [Docket No. 24], by relying on the _Pro Se_ Plaintiff's Motion for Default Judgment [Docket No. 20] filed November 26, 2013.  Both are deemed to be in error. The Court's Order [Docket No. 16, filed November 18, 2013] granted JPMorgan Chase Bank, National Association's Motion to Set Deadline to Respond to Plaintiff's Complaint.  This defendant was granted up to and including DECEMBER 10, 2013 within which to answer or otherwise respond to plaintiff's Complaint [Docket No.1].  Therefore,

**It is ORDERED:**       The CLERK'S ENTRY OF DEFAULT [Docket No. **24,** filed November 27, 2013] is VACATED and set aside  as entered in error.

**It is ORDERED:**       Plaintiff's MOTION FOR DEFAULT JUDGMENT PURSUANT TO RULE 55(b) [Docket No. **20,** filed November 26, 2013] is WITHDRAWN.

Mr. Peck notes he has recently been retained as counsel for Mortgage Electronic Registration Systems.  In accordance with ECF Procedures, (Version 5.1, effective February 23, 2012) V 5.5,  counsel is required to forthwith enter his appearance through the electronic filing system. His appearance shall be entered without waiving any jurisdictional issues.

Discussion is held regarding the Clerk's Entry of Default entered as to Mortgage Electronic Registration Systems ("MERS").  Mr. Peck requests the Default be vacated and set aside.  *Pro Se* Plaintiff objects.

**It is ORDERED:**   Defendant  to Mortgage Electronic Registration Systems ("MERS") shall have up to and including **DECEMBER 09, 2013** within which to file its motion to set aside Clerk's Default [Docket No. 23, entered November 27, 2013].
Plaintiff shall then have the time allowed by local rule within which to file his  RESPONSE  to any motion to set aside Clerk's Default.

*Pro Se* Plaintiff tenders to the Court a copy of a Motion for Extension of Time to reply to Defendant Margaret Chapman's Motion to Dismiss, advising the Court that it was filed this morning.  With no objection from Ms. Gilbert on behalf of defendant Margaret T. Chapman,

**It is ORDERED:**   *Pro Se* Plaintiff shall have up to and including **DECEMBER 12, 2013** to file his RESPONSE to Defendant Chapman's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b0(6) [Docket No. **5**, filed November 12, 2013].

**It is ORDERED:**   A **RULE 16(b) SCHEDULING CONFERENCE** is set **JANUARY 23, 2014 at 10:30 a.m.**
 in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Counsel/pro se parties in this case shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order.   Parties shall file  their proposed Scheduling Order **on or before JANUARY 16, 2014.**
Counsel/pro se parties shall prepare the proposed Scheduling Order in accordance with the form found in the forms section of the Court's website at www.cod.uscourts.gov .
Defendant shall electronically file the proposed Scheduling Order as defense counsel has electronic court filing privileges

Parties shall be reminded that a new edition of Local Rules D.C.COLO.LCivR are in effect as of DECEMBER 01, 2013.
*Pro Se* plaintiff shall be reminded  he is  required to comply with all applicable Federal Rules of Civil Procedure (Fed.R.Civ.P. )   and  the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLO.LCivR.) and Federal Rules of Evidence (Fed. R. of Evid.). The *Pro Se* plaintiff may obtain a copy of the United States District Court for the District of Colorado Local rules of Practice on the court website www.cod.uscourts.gov   or in the office of the Clerk of the Court.  *Pro Se* Plaintiff shall also be reminded that "ghost writing" is not permitted.

Anyone seeking entry into a United States Courthouse is required to show a valid current photo identification.  <u>See</u> D.C.COLO.LCivR 83.2.  Failure to comply with this requirement may result in denial of entry to the courthouse.

Hearing concluded.

Court in recess:   10:53 a.m.
Total In-Court Time 00:21

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.