# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  13-cv-02715-REB-MJW | FTR - Courtroom A-502 |
| **Date:**   January 23, 2014 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| LANCE R.  CASSINO, | Pro Se    (by telephone) |
| Plaintiff(s), | |
| v. | |
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., and MARGARET T. CHAPMAN, | Jeremy D. Peck |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:**    **RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**  10:30  a.m.
Court calls case.  Appearances of *Pro Se* plaintiff and defense counsel.

It is noted Plaintiff filed a Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41 [Docket No. 41, filed January 21, 2014] as to Margaret T. Chapman, Public Trustee of Jefferson County. Therefore,

**It is ORDERED:**    Defendant CHAPMAN'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)   [Docket No. **5**, filed November 12, 2013] is **DENIED AS MOOT.**

It is noted Plaintiff filed his RESPONSE [Docket No. 43, filed January 21, 2014] to The Bank Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and Motion to Strike Pursuant to Fed. R. Civ. P. 12(f) [Docket No. 35].

**It is ORDERED:**    Defendants shall have up to and including **FEBRUARY 07, 2014** within which to file their REPLY as to The Bank Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and Motion to Strike Pursuant to Fed. R. Civ. P. 12(f) [Docket No. **35**, filed December 17, 2013].

The following will confirm the actions taken and dates set at the scheduling conference held this date:

Each entry listed in Section 4. Undisputed Facts is reviewed with the *Pro Se* Plaintiff.  Plaintiff advises the Court that each entry  is, in fact, disputed.  Therefore, there are no undisputed facts at this time.

Parties shall meet and confer regarding any need for a Protective Order as to discovery , and if needed, then parties shall file their Motion for Protective Order and proposed Protective Order on or before   **FEBRUARY 21, 2014.**

Parties shall complete their Fed. R. Civ. P. 26(a)(1) disclosures **FEBRUARY 03, 2014.**

Joinder of Parties/Amendment to Pleadings:   **MARCH  24, 2014**

Discovery Cut-off:    **JULY 31, 2014**

Dispositive Motions Deadline:   **AUGUST 29, 2014**

Each side  shall be limited to three  (3)  expert witnesses, without further leave of Court.
Parties shall designate experts **on or before   MAY 02, 2014**
Parties shall designate rebuttal experts   **on or before    JUNE  02, 2014**
The disclosure of Experts shall be consistent with  Fed. R. Civ. P. 26(a)2(B).

Interrogatories,  Requests for Production, and Requests for Admissions shall be served on or before   **JUNE 27, 2014.**
Each side shall be limited to twenty-five (25) Interrogatories, twenty-five (25)  Requests for Production,   and   twenty-five (25)  Requests for Admissions, without leave of Court.

Each side shall be limited to five (5) fact depositions.  Each deposition shall be limited  to  one (1) day of a maximum of seven (7) hours, absent leave of Court.  All depositions, fact and expert witnesses, shall be completed **no later than  JULY 31, 2014**.
Parties shall use deposition exhibits numbered in consecutive order, not separated as Plaintiff Exhibits  or Defendant Exhibits.  Parties shall not use any duplicative exhibits.

FINAL PRETRIAL CONFERENCE,   TRIAL PREPARATION CONFERENCE  and   TRIAL:
will be set by Order by Judge Robert E. Blackburn.
Five (5) day trial to a jury on legal claims. The equitable claims shall be tried to the Court.

● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures  and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**


**[X]**    Scheduling Order is signed and entered  with interlineations   **JANUARY 23, 2014**

Hearing concluded.         **Court in recess:**  11:18 a.m.       Total in-court time: 00:48

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or     Toll Free    1-800-962-3345.