**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02715-REB-MJW

LANCE R. CASSINO,

    Plaintiff,

v.

JP MORGAN CHASE, NATIONAL ASSOCIATION,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and
MARGARET T. CHAPMAN, PUBLIC TRUSTEE OF JEFFERSON COUNTY,

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANT MARGARET E. CHAPMAN, PUBLIC TRUSTEE OF JEFFERSON COUNTY, ONLY

**Blackburn, J.**

The matter is before me on the **Notice of Voluntary Dismissal Pursuant to FED. R. CIV. P.41** [#41][1] filed January 21, 2014. After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against defendant, Margaret E. Chapman, Public Trustee of Jefferson County, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal Pursuant to FED. R. CIV. P.41** [#41] filed January 21, 2014, is **APPROVED**;

2. That plaintiff's claims against defendant, Margaret E. Chapman, Public

---

[1] "[#41]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

Trustee of Jefferson County, are **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own costs and attorney fees; and

3. That defendant, Margaret E. Chapman, Public Trustee of Jefferson County, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated January 27, 2014, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge