IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02715-REB-MJW

LANCE R. CASSINO,

Plaintiff,

v.

JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,

Defendants.

                                MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

       It is hereby ORDERED that the Defendants' Motion for Entry of Protective Order (Docket No. 54) is GRANTED finding good cause shown.  The written Protective Order (Docket No. 54-1) is APPROVED as amended in paragraph 12 and made an Order of the Court.

Date: March 10, 2014